**PRISONER CASE**


#3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** LEONARD E. JORDAN   **Defendant(s):** SHERIFF OF COOK COUNTY

**County of Residence:** US, Outside the State of IL   **County of Residence:**

**Plaintiff's Address:**
Leonard Jordan
#498184
Green Bay - GB
P.O. Box 19033
Green Bay, WI 54307

**Defendant's Attorney:**

FILED
JUL 22 2008
Jul 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV4151
JUDGE COAR
MAG. JUDGE NOLAN

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes   ☐ No

**Signature:** M. Burke   **Date:** 7/22/08