

FILED
JUL 22, 2008
JUL 2 2 2008
MB

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Leonard E. Jordan
Plaintiff

v.

Sheriff of Cook County
Defendant(s)

**08CV4151
JUDGE COAR
MAG. JUDGE NOLAN**

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Leonard E. Jordan, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # 498184   Name of prison or jail: Green Bay Corr. Inst.
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $21.00

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 2002 to 2004
      Monthly salary or wages: $6.15 hour
      Name and address of last employer: Taco Bell 8701 S. Cicero

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                             ☐Yes  ☒No
      Amount_____  Received by_____

      b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

      c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

      d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                   ☐Yes    ☒No
Amount_____ Received by_____

      e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

      f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                                                           ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-10-08

_Leonard E. Jordon_
Signature of Applicant

_Leonard E. Jordan_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Leonard Jordan_, I.D.# _49184_, has the sum of $ _6.18_ on account to his/her credit at (name of institution) _Green Bay Correctional Institution_. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _9.95_.
(Add all deposits from all sources and then divide by number of months).

7.18.08
DATE

_Nicole Kamphuis_
SIGNATURE OF AUTHORIZED OFFICER

_Nicole Kamphuis_
(Print name)

rev. 10/10/2007

```
                        WISCONSIN DEPARTMENT OF CORRECTIONS
                          GREEN BAY CORRECTIONAL INSTITUTION
                              TRUST   ACCOUNT   STATEMENT
                            FROM 01/16/2008 TO 07/16/2008
                          6 month statement requested by inmate
```

DOC#: 00498184
NAME: JORDAN, LEONARD
DOB: 10/04/1984
LOCATION: GBCI-SOUTH-E-24

I HEREBY CERTIFY THAT I HAVE EXAMINED THE ABOVE ACCOUNT AND FIND IT CORRECT

[signature] 7-16-08

ACCOUNT BALANCES:

| SUB-ACCOUNT | 01/16/2008 START BALANCE | 07/16/2008 END BALANCE |
|---|---|---|
| REGULAR | 12.70 | 1.53 |
| RELEASE | 0.06 | 3.95 |
| TOTAL: | 12.76 | 5.48 |

HOLD: 0.00

DEBTS AND OBLIGATIONS:

| PAYABLE | INST | INFO NUMBER | OUTSTANDING AMOUNT | FIFO | % |
|---|---|---|---|---|---|
| OVERDRAFT | GBCI | 10312006 | 0.00 | N | 100 |
| OVERDRAFT | GBCI | 03132007 | 0.00 | N | 100 |
| VICTIM WITNESS SURCHARGE A | GBCI | 06CF000034 | 0.00 | Y | 25 |
| VICTIM WITNESS SURCHARGE B | GBCI | 06CF000034 | 0.00 | Y | 25 |

ACCOUNT ACTIVITY:

| DATE | SUB ACCT | UNIT | TRANSACTION DESCRIPTION | RECEIPT/ INFO NUMBER | AMOUNT |
|---|---|---|---|---|---|
| 01/23/2008 | REG | | COMMISSARY REGULAR SALE #4938748 | | (10.33) |
| 01/24/2008 | REG | | INDS/INDS REG/FUL 40 @0.05    01/06/08-01/19/08 | | 2.00 |
| 01/24/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (0.50) |
| 01/24/2008 | REG | | INDS/INDS TLU/FUL 40 @0.05    01/06/08-01/19/08 | | 2.00 |
| 01/24/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (0.50) |
| 02/04/2008 | REG | | COMMISSARY REGULAR SALE #4954438 | | (4.46) |
| 02/06/2008 | REG | | INDS/INDS CEL/FUL 0 @0.05    01/20/08-02/02/08 | | 0.00 |
| 02/06/2008 | REG | | INDS/INDS TLU/FUL 24 @0.05    01/20/08-02/02/08 | | 1.20 |
| 02/06/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (0.30) |
| 02/20/2008 | REG | | INDS/INDS CEL/FUL 0 @0.05    02/03/08-02/16/08 | | 0.00 |
| 03/05/2008 | REG | | INDS/INDS CEL/FUL 0 @0.05    02/17/08-03/01/08 | | 0.00 |
| 03/05/2008 | REG | | INDS/INDS REG/FUL 40 @0.05    02/17/08-03/01/08 | | 2.00 |
| 03/05/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (0.50) |
| 03/17/2008 | REG | | COMMISSARY REGULAR SALE #5018911 | | (3.02) |
| 03/19/2008 | REG | | INDS/INDS REG/FUL 80 @0.05    03/02/08-03/15/08 | | 4.00 |
| 03/19/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (1.00) |
| 04/02/2008 | REG | | INDS/INDS REG/FUL 80 @0.05    03/16/08-03/29/08 | | 4.00 |
| 04/02/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (1.00) |
| 04/08/2008 | REG | | CANTEEN PURCHASES | | (4.98) |
| 04/16/2008 | REG | | INDS/INDS REG/FUL 80 @0.05    03/30/08-04/12/08 | | 4.00 |
| 04/16/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (1.00) |
| 04/21/2008 | REG | | CANTEEN PURCHASES | | (2.89) |
| 04/29/2008 | REG | | CANTEEN PURCHASES | | (0.77) |
| 05/01/2008 | REG | | INDS/INDS REG/FUL 80 @0.05    04/13/08-04/26/08 | | 4.00 |
| 05/01/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (1.00) |
| 05/05/2008 | REG | | CANTEEN PURCHASES | | (3.58) |
| 05/14/2008 | REG | | INDS/INDS REG/FUL 80 @0.05    04/27/08-05/10/08 | | 4.00 |
| 05/14/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (1.00) |
| 05/19/2008 | REG | | CANTEEN PURCHASES | | (3.00) |
| 05/29/2008 | REG | | EDUC/FULL REG/FUL 35 @0.15    05/13/07-05/24/08 | | 5.25 |
| 05/29/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (1.31) |
| 05/29/2008 | REG | | INDS/INDS REG/FUL 40 @0.05    05/11/08-05/24/08 | | 2.00 |
| 05/29/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (0.50) |
| 06/02/2008 | REG | | CANTEEN PURCHASES | | (5.42) |
| 06/12/2008 | REG | | EDUC/FULL REG/FUL 63 @0.15    05/25/08-06/07/08 | | 9.45 |
| 06/12/2008 | REG | | WITHHOLDING - VICTIM WITNESS SURCHARGE B | 06CF000034 | (0.34) |
| 06/12/2008 | REG | | DEDUCTION - REGULAR ACCOUNT | | (1.37) |
| 06/12/2008 | REL | | ALLOCATION - RELEASE ACCOUNT | | 1.37 |
| 06/16/2008 | REG | | CANTEEN PURCHASES | | (4.95) |
| 06/26/2008 | REG | | EDUC/FULL REG/FUL 56 @0.15    06/08/08-06/21/08 | | 8.40 |

WISCONSIN DEPARTMENT OF CORRECTIONS
GREEN BAY CORRECTIONAL INSTITUTION

T R U S T   A C C O U N T   S T A T E M E N T

FROM 01/16/2008 TO 07/16/2008
6 month statement requested by inmate

```
    DOC#: 00498184
    NAME: JORDAN, LEONARD
     DOB: 10/04/1984
LOCATION: GBCI-SOUTH-E-24
```

ACCOUNT ACTIVITY:

| DATE | SUB ACCT | UNIT | TRANSACTION DESCRIPTION | RECEIPT/ INFO NUMBER | AMOUNT |
|---|---|---|---|---|---|
| 06/26/2008 | REG | | DEDUCTION - REGULAR ACCOUNT | | (1.26) |
| 06/26/2008 | REL | | ALLOCATION - RELEASE ACCOUNT | | 1.26 |
| 07/01/2008 | REG | | CANTEEN PURCHASES | | (9.76) |
| 07/10/2008 | REG | | EDUC/FULL REG/FUL 56 @0.15 | 06/22/08-07/05/08 | 8.40 |
| 07/10/2008 | REG | | DEDUCTION - REGULAR ACCOUNT | | (1.26) |
| 07/10/2008 | REL | | ALLOCATION - RELEASE ACCOUNT | | 1.26 |
| 07/14/2008 | REG | | CANTEEN PURCHASES | | (5.87) |