# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



F I L E D
Jul 22, 2008
JUL 2 2 2008
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Leonard E. Jordan )
)
v. )
)
Defendant(s) Sheriff of Cook County )

Case Number: 08CV4151
JUDGE COAR
MAG. JUDGE NOLAN

**MOTION FOR APPOINTMENT OF COUNSEL**

1. I, Leonard E. Jordan, declare that I am the (check appropriate box): ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check the appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in this proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Leonard E. Jordan
Movant's Signature

P.O. Box 19033
Street Address

Green Bay, Wis. 54307-9033
City/State/Zip

Date: 7/10/08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| ☐   If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| ☐   If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| ☐   If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| ☐   If case is still pending, please check box. | |